(No. 3025—)

Elva Jennings Penwell, Claimant, *vs.* State of Illinois; Respondent.

*Opinion filed July 28, 1961.*

Gosnell and Benecki, and John W. Preihs, Attorneys for Claimant.

William G. Clark, Attorney General; C. Arthur Nebel, Assistant Attorney General, for Respondent.

Tolson, C. J.

Claimant was injured on February 2, 1936 in an accident, which arose out of and in the course of her em-

ployment as a Supervisor at the Illinois Soldiers' and Sailors' Children's School at Normal, Illinois. The injury was serious, causing temporary blindness and general paralysis. The facts are fully detailed in the case of *Penwell* vs. *State of Illinois,* 11 C.C.R. 365, in which an award of $5,500.00 was made to claimant for total permanent disability, $8,215.95 for necessary medical, surgical and hospital services, expended or incurred to and including October 22, 1940, and an annual life pension of $660.00.

Successive awards have been made by the Court from 1942 to and including April 30, 1960, and the matter is now before the Court for an award to and including May 1, 1961.

The record consists of a verified petition, supported by original receipts, and joint motion of claimant and respondent for leave to waive the filing of briefs and arguments, which has been allowed.

The petition alleges that claimant is still bedfast, and requires daily medical and nursing care. It further discloses that claimant has incurred expenses in the following amounts:

1. Nursing expenses _____$1,966.40
2. Room and board for practical nurses _____ 638.75
3. Drugs and supplies _____ 590.77
4. Physicians' services _____ 1,186.28
5. Hospital _____ 224.19
6. Transportation _____ 120.00
7. Miscellaneous expenses _____ 35.90

The last award made in this case was in the amount of $2,288.57, and claimant now requests an award in the amount of $4,762.29.

The item of miscellaneous expenses in the amount of $35.90 is for the fitting of eye glasses. Since this item is in no way connected with the injury complained of, it will be disallowed.

154

Item No. 1 for nursing and practical help for claimant is not completely satisfactory. As noted, for example, in the payments made on May 31, 1960, seven checks were drawn for nursing care ranging from $5.00 to $65.00, for a total of $222.50. The report does not indicate the period of time served by the seven persons mentioned during this period, and proof of this nature will not be accepted by the Court when a request is made for an award in 1962.

From the previous record of this case, it appears that the Court has reserved jurisdiction of same from year to year to determine the future needs of claimant for additional care, and it further appears that the amounts involved were necessarily expended for the medical care of claimant with the exception of the miscellaneous expenses.

An award is, therefore, made to claimant for medical and nursing services, and other expenses, from April 30, 1960 to and including May 1, 1961 in the amount of $4,726.39.

The Court reserves jurisdiction for further determination of claimant's need for additional medical care.